**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
In re                                 :            **Case No.  09-15014   (PCB)**
                                        :

**John Thorton O'Donnell and Ellen**    :
**Jane Thorton O'Donnell,**                 :                     **(Chapter 7)**
                                        :
                                        :
                        **Debtors.**     :
------------------------------------------------------x

### STIPULATION AND ORDER
### (i) EXTENDING TIME THROUGH FEBRUARY 28, 2010
### TO FILE MOTION UNDER SECTION 707(b) OF THE BANKRUPTCY CODE
### AND (ii) OBJECT TO DISCHARGE  UNDER 11 U.S.C. SECTION 727

**WHEREAS**, John Thorton O'Donnell and Ellen Jane O'Donnell,  (the "Debtors") filed a

voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on August 14, 2009; and

**WHEREAS**, Gregory Messer , Esq. was appointed Chapter 7 trustee (the "Trustee") and

has qualified and is acting in that capacity; and

**WHEREAS**, pursuant to 11 U.S.C. § 707(b), Fed. R. Bankr. P. 1017(e), 11 U.S.C.

§ 727(a) and Fed. R. Bankr. P. 4004(a), the time to move for dismissal and/or object to discharge

expires sixty (60) days from the first date set for the meeting of creditors which meeting date, in

this case, was set for September 11, 2009; and

**WHEREAS**, pursuant to Fed. R. Bankr. P. 1017(e) and Fed. R. Bankr. P. 4004(a), the

last date to file a motion under 11 U.S.C. § 707(b) and/or file a complaint objecting to the

discharge of the Debtors is November 10, 2009.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between Debtors,

Debtors' counsel and the United States Trustee as follows:

1.  The time within which the United States Trustee may file a motion to dismiss under

11 U.S.C. § 707(b) and the time within which the United States Trustee and/or the Trustee may

file a complaint objecting to discharge under 11 U.S.C. § 727, is extended through February 28, 2010, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

2.     This Stipulation is subject to the approval of the Bankruptcy Court.

Dated: New York, New York
          October        , 2009


_____                    _____
John Thorton O'Donnell , Debtor              Ellen Jane O'Donnell, Debtor


                                 By:        /s/ Mark A. Frankel
                                             Mark A. Frankel, Esq.
                                             Debtors Counsel
                                             Backenroth Frankel & Krinsky, LLP
                                             489 Fifth Avenue
                                             New York,  NY 10017
                                             Tel. No. (212) 593-1100

Dated: New York, New York
          November 12 , 2009                 DIANA G. ADAMS,
                                             UNITED STATES TRUSTEE


_____         By:        /s/ Serene Nakano
Gregory Messer, Esq.                         Serene Nakano
Chapter 7 Trustee                            Trial Attorney
Law Offices of Gregory Messer                33 Whitehall Street, 21ST  Floor
26 Court Street, Suite 2400                  New York, New York 10004
Brooklyn, New York 10004                     Tel. No.(212)510-0500
Tel. No. (718) 858-1474


**SO ORDERED: 11/17/09**

**/s/ Prudence Carter Beatty**
**JUDGE PRUDENCE CARTER BEATTY**
**U.S. BANKRUPTCY JUDGE**